70 A.3d 661

IN THE MATTER OF MICHAEL B. ADELHOCK, AN ATTORNEY AT LAW (ATTORNEY NO. 031601989).

July 31, 2013.

## ORDER

The Office of Attorney Ethics having filed with the Court a petition pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11, seeking the immediate temporary suspension of **MICHAEL B. ADELHOCK** of **WOODLAND PARK,** who was admitted to the bar of this State in 1989, and good cause appearing;

It is ORDERED that **MICHAEL B. ADELHOCK** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **MICHAEL B. ADELHOCK** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **MICHAEL B. ADELHOCK** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **MICHAEL B. ADELHOCK** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.